| DATE | U. S. Probation Office | VIOLATION REPORT | PROB 12B |
|---|---|---|---|
| JAN 0 6 2006 | Northern District of Ohio | Supervision Modification Request<br>(Probation Form 49, Waiver of Hearing is Attached) | (Rev. 10/99) |

| NAME<br>RICHARDS, Gregory | PACTS<br>23834 | JUDGE<br>Economus | DOCKET #<br>1:97CR00379-008 |
|---|---|---|---|
| PROBATION OFFICER<br>Jodi Vargo, 216.357.7301 *Jodi Vargo* | | DISTRIBUTION<br>Court     CPO | |
| SUPERVISING PROBATION OFFICER<br>Tim Highbaugh, 216.357.7321 *Tim Highbaugh* | | PROBATION ROUTING<br>Data Entry     Data Collections | |

**THE COURT ORDERS:**

☒ The Modification of Conditions as follows:
Respectfully request offender's Fine be remitted due to deportation and supervised release be terminated as scheduled on January 20, 2006.

☐ The Extension of Supervision as follows:
☐ The Request is denied.
☐ Alternative Judicial Order (Please specify)

*Peter C Economus*
Signature of Judicial Officer

1/11/06
Date

Page 3 of 3